IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


PHILIP RAINEY and SARAH RAINEY,    )
                                   )
                Plaintiff,         )
                                   ) Case No. 3:14cv0967
        vs.                        )
                                   ) JUDGE NIXON
                                   )
TIMOTHY D. BINKLEY and             ) MAGISTRATE JUDGE KNOWLES
PENNY BINKLEY,                     )
                Defendants.        )


<u>INITIAL  CASE MANAGEMENT ORDER</u>

        In accordance with the requirements of Rule 16, Fed.R.Civ.P and L.R. 16.01, the Court

finds and it is hereby ORDERED as follows:

        1.      The subject matter jurisdiction of this Court is invoked pursuant to 28

U.S.C.§1332 and is not disputed. It is disputed that the amount in controversy exceeds

$75,000.00 exclusive of interest and costs.

        2.      <u>Status of Service of Process</u>.  Service of process is completed.

        3.      <u>Disputed and Resolved Issues</u>.   All issues raised in the parties pleadings remain

disputed.

        4.      <u>Responsive Pleadings</u> (Rules 8-12, Fed.R.Civ.P.).   The Defendants have up to

and including June 20, 2014 to answer or otherwise respond to the Plaintiff's Complaint.

        5.      <u>Amended Pleadings</u> (Rule 15, Fed.R.Civ.P).   Any Motions to Amend pleadings are

due on or before September 30, 2014.

        6.      <u>Counterclaims, Cross-Claims and Third Party Claims</u> (Rule 13-14, Fed.R.Civ.P).

The parties do not presently anticipate that any additional claims will be asserted.

7. <u>Capacity of Parties, Joinder and/or Misjoinder</u> (Rules 17-21, Fed.R.Civ.P.). The parties do not presently anticipate that any issues will be asserted regarding the capacity of the parties, joinder and/or misjoinder of parties.

8. <u>Consolidation</u> (Rule 42, Fed.R.Civ.P.). The parties do not presently anticipate that any issues will be asserted regarding the consolidation of this action with another.

9. <u>Discovery.</u>

    a. <u>Initial Disclosures</u>. All disclosures required by Rule 26(a)(1)(A)-(E), Fed.R.Civ.P. will be provided by June 30, 2014.

    b. <u>Written Discovery</u>. All written discovery will be completed by not later than September 30, 2014.

    c. <u>Expert Disclosure</u>. Plaintiffs shall disclose any expert witness they may use at trial and written reports by October 31, 2014. Defendants shall disclose any expert witness they may use at trial and written reports by December 5, 2014. All as is required by Rule 26(a)(2) Fed.R.Civ.P.

    d. <u>Oral Discovery</u>. All depositions upon oral examination including depositions of expert witness designated by the parties shall be completed by February 27, 2015.

    e.

    f.

        1.

2. Discovery-related Motions are due on or before March 5, 2015.

10. <u>Settlement Conference</u>. A settlement conference will be held in this matter if the Court believes such a conference might be productive and will occur at a date and time to be established by this Court.

11. <u>Subsequent Case Management Conference</u>. Subsequent case management conferences will be scheduled upon motion of any party subject to approval of this Court and/or upon the Order of this Court by its own initiative.

12. <u>Dispositive Motions</u>. The deadline for filing Dispositive Motions is March 30, 2015.

13. <u>Trial Date</u>. The trial date for this case is September 15, 2015, to last 3 days. The pretrial conference is set for Sepmtember 4, 2015 at 10:00 a.m..

Entered this the ___ day of June, 2014.

_____
E. Clifton Knowles
Magistrate Judge