IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PHILIP RAINEY and SARAH RAINEY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 3:14-cv-00967 |
| v. ) | Chief Judge Haynes |
| ) | |
| TIMOTHY D. BINKLEY and ) | |
| PENNY BINKLEY ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The Trial of this action is set for **Tuesday, September 29, 2015 at 9:00 a.m.** in Nashville, Tennessee. The Final Pretrial Conference is set for **Monday, September 14, 2015 at 3:00 p.m.** in Nashville, Tennessee. The Court will issue a separate companion case management order setting pretrial deadlines.

It is so **ORDERED**.

ENTERED this the 23rd day of September, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge